**In the Interest of A.S., C.S., and M.S., Plaintiffs.**

**Juvenile Officer, Respondent,**

v.

**K.S. (Natural Father), M.S. (Natural Mother), Appellants.**

**Nos. WD 61870, WD 61879.**

Missouri Court of Appeals, Western District.

Sept. 23, 2003.

Curtis G. Hanrahan, Jefferson City, MO, for Appellant K.S.

Grant Whitlow Smith, Jefferson City, MO, for Appellant M.S.

Jeanne Marr Gordon, Jefferson City, MO for Respondent Juvenile Officer.

Michael Joseph Kuster, Jefferson City, MO, Attorney and Guardian for Plaintiff Children.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

K.S. and M.S. appeal the judgment of the circuit court terminating their parental rights as to three of their children. Hav-ing carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).